IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Criminal Division)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. No. 07-346 (JDB) |
| | ) | Next Ct. Date: January 7, 2008 |
| TERRENCE S. WALTERS | ) | The Hon. Judge Bates |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

DEFENDANT'S MOTION FOR MODIFICATION OF BOND AND FOR
EMERGENCY HEARING

COMES NOW, the Defendant, Mr. Terrence S. Walters, by and through his counsel, Brian K. McDaniel and McDaniel & Asso. P.A. hereby praying this Honorable Court to reconsider the release of the defendant and/or the modification of the present bond upon which the defendant is being held. The defendant requests the fashioning of conditions of release which are consistent with the absence of any prior violent criminal history and in support of the aforementioned the defendant states the following:

**Facts Common To All Counts:**

Mr. Walters is the subject of a Seven Count indictment which generally charges the possession of 500 grams or more of cocaine Hydrochloride and the possession of firearms and ammunition on or about November 14, 2007.

**Argument:**

1.     The defendant by his counsel, did orally move and request that he be released on his personal recognizance during the original presentment hearing. (The defendant incorporates by reference all of the representations outlined in the original request.) The

court denied this request and held Mr. Walters without bond, and invited the defendant to seek district court review of this decision.

2. Mr. Walters has been incarcerated since November 14, 2007 for an offense which purportedly took place on November 14, 2007 and November 19, 2007.

3. Mr. Walters was raised from birth to graduation of high school in Queens New York. From 1994 until the present Mr. Walters has been a resident of the District of Columbia. Prior to his arrest in this matter he was living with his wife, Mrs. Jade Walters at 5011 Plata Street, Clinton Maryland 20735. Mr. Walters is the father of three children, eleven, eight and one year of age. Prior to his incarceration Mr. Walters was providing both financial and emotional support to all of his children.

4. Subsequent to his incarceration in this matter, Mr. Walters had been offered a position with the Maryland Motor Vehicle Administration. By a letter dated December 13, 2007 Mr. Walters was offered the position of Compliance agent I with a starting salary of between $26,257.00 and $43,647.00 annually. It is counsels understanding that should this court fashion conditions allowing for Mr. Walters release he would be able to take advantage of this employment opportunity.

5. Counsel by this petition requests that Mr. Walters be allowed to participate in the Pre-Trial Services Heightened Supervision Program. Counsel has verified that Mr. Walter's, resides at the 5011 Plata Street address in Clinton Maryland. Mrs. Walters did represent that she would be willing to allow Mr. Walters to reside with her at the above address during the pendency of this matter and to make whatever modifications were necessary to the phone service within the home for compliance with the strictures of the program. Mrs. Walters has also represented that the home located at the above outlined

address is owned. The Walters would also agree to the encumberance of the property to secure the release of Mr. Walters.

6.   Mr. Walters does has one prior conviction in 1992 for possession of a firearm for which he was incarcerated for two years.

7.   The strictures of the pre-trial heightened supervision program would sufficiently address the considerations before this court as it relates to the bond request for Mr. Walters. The Pretrial Services Program will mandate that Mr. Walters either be at his place of employment or at the above address at all times. This will significantly restrict the movement of Mr. Walters and would minimize any threat to the public safety that Mr. Walters may represent. In addition there are no failures to appear, Escapes or B.R.A. violations in the criminal history of Mr. Walters which suggests that his significant and lengthy connection with the Metropolitan Area make him unlikely to fail to appear in this matter.

WHEREFORE, for the reasons stated above, the Defendant, Terrence Walters, respectfully requests that this Honorable Court review his conditions of release and place him in the Pretrial Services Program Heightened Supervision Program.

Respectfully Submitted,

_____
Brian K. McDaniel, Esq.
McDaniel & Asso. P.A.
1211 Connecticut Avenue
Suite 506
Washington, DC 20036
(202) 331-0793
Counsel for Defendant

**CERTIFICATE OF SERVICE**

I, HEREBY CERTIFY that that on the 3rd day of January, 2008 a copy of the foregoing Motion for Modification of Bond was sent postage prepaid to United States Attorney's Office Criminal Division: 555 fourth street N.W. Washington D.C. 20001.

_____
Brian K. McDaniel