UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 07-346 (JDB) |
| | : | |
| v | : | |
| | : | |
| TERRENCE S. WALTERS | : | |
| | : | |

**MOTION FOR ENLARGEMENT OF TIME
WITHIN WHICH TO RESPOND TO DEFENDANT'S
MOTION TO SUPPRESS TANGIBLE EVIDENCE AND STATEMENTS**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully moves the Court for a brief enlargement of time within which to file its response to defendant's motion to suppress tangible evidence and statements. In support thereof the United States states the following:

1. On January 7, 2008, the Court set the following motion's schedule: defense motions due January 28, 2008; government responses due February 11, 2008; defense replies due February 18, 2008. The Court further set down a motions hearing for March 7, 2008, at 9:45 a.m.

2. On January 23, 2008, the undersigned assistant began trial in a homicide case before J. Herbert Dixon in D.C. Superior Court, United States v. Ricardo Jones, 2006 CF1 983. The United States is still in trial as of this writing with closing arguments expected later this week. The press of trial matters has necessitated the government's request for enlargement of time to Friday, February 15, 2008.

3. On January 31, 2008, defendant filed his motion to suppress three days out of time. The undersigned has left a voicemail message for counsel indicating his intention to file this motion for enlargement of time.

4.     This is the United States' first request for enlargement of time in this case.

WHEREFORE, the United States respectfully requests that the Court enlarge the time within which the government may file its response to Friday, February 15, 2008.

Points and Authorities: Fed. R. Crim. Pro. 45 (b)(1)(A).

Respectfully submitted,

JEFFERY A. TAYLOR
United States Attorney

 /s/ David P. Saybolt
DAVID P. SAYBOLT
Assistant United States Attorney
Federal Major Crimes Section
VA Bar No 44518
555 4th Street, N.W.  #4840
Washington, DC 20530
(202) 307-6080; Fax: 353-9414
David.Saybolt@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 07-346 (JDB)** |
| | : | |
| v | : | |
| | : | |
| **TERRENCE S. WALTERS** | : | |
| | : | |

### ORDER

Upon consideration of the United States' Motion for Enlargement of Time, and good cause having been shown, it is this _____ day of _____, 2008, hereby

ORDERED, that the Government's Motion be Granted.

_____
UNITED STATES DISTRICT JUDGE