NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.    Criminal Number  1:07cr346 (Bates)

Terrence S. Walters
(Defendant)

TO:    NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐ CJA          ☒ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

_(Signature)_

PLEASE PRINT THE FOLLOWING INFORMATION:

William B. Moffitt DC Bar # 166557
_(Attorney & Bar ID Number)_

Moffitt & Brodnax, Ltd.
_(Firm Name)_

108 N Alfred Street, Lower Level, Ste.100
_(Street Address)_

Alexandria, VA 22314
_(City)    (State)    (Zip)_

(703) 684-9400
_(Telephone Number)_