IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | Crim. No. 07-346 |
| TERRENCE S. WALTERS, ) | Judge John D. Bates |
| Defendant ) | |
| ) | |

DEFENDANT'S MOTION TO RESET DATES IN WHICH TO FILE PRE-TRIAL MOTIONS
AND MOTIONS HEARING

COMES NOW, Defendant Terrence S. Walters, by and through undersigned counsel, respectfully requests that this Court reset dates in which to file pre-trial motions in this matter and that this Court reset the date of the motions hearing.  This Court has reset the deadline for the government to file responses in this matter to February 15, 2008.  By previous order, Defendant's replies are due to be filed on February 18, 2008, President's Day, and a motions hearing is set for March 7, 2008.  In support of this request, Defendant states as follows:

1. Defendant has a Sixth Amendment right to counsel of his choice. *See U.S. v. Gonzalez-Lopez*, 548 U.S. 140 (2006) (holding that erroneous deprivation of criminal defendant's Sixth Amendment right to choice of counsel entitled him to reversal of his conviction).

2. Defendant decided to retain new counsel, William B. Moffitt, on or about February 8, 2008.  Mr. Moffitt filed a Notice of Appearance in this matter on February 15, 2008.

3. Mr. Moffitt will receive the file from Defendant Walters' former attorney Brian McDaniel on or about February 18, 2008.

4. Mr. Moffitt's preliminary review of this case indicates that an additional or

supplemental motion to suppress should be filed on behalf of Defendant Walters. Mr. Moffitt respectfully requests this Court grant him the time needed to accomplish that. It should be noted that Defendant Walters is currently incarcerated at D.C. Jail, and as such, communicating with Defendant Walters can be time consuming.

5. Mr. Moffitt has attempted to contact counsel for the government, David P. Saybolt, in regards to this request numerous times, however those attempts have been unsuccessful.

Therefore, Defendant Walters respectfully requests that this Court re-set the deadline for Defendant's filing of pre-trial motions and permit Defendant to file additional motions in this matter. Defendant Walters suggests that if this Court is inclined to grant such Motion that parties arrange a conference call with this Court to re-set the deadlines and motions hearing in this case.

Respectfully Submitted,

/s/ William B. Moffitt
WILLIAM B. MOFFITT
DC Bar No. 166557
Moffitt & Brodnax, Ltd.
108 N Alfred Street
Lower Level, Ste. 100
Alexandria, VA 22314
(703) 684-9400
Fax (703) 684-9401
Email: wbmoffitt_esq@yahoo.com

<u>CERTIFICATE OF SERVICE</u>

  I hereby certify that on this 15th of February, 2008, a true copy of the foregoing **Defendant's Motion to Reset Dates in Which to File Pre-Trial Motions and Motions Hearing** was served on all parties via the electronic filing system.

**David P. Saybolt**
555 Fourth Street, NW
Washington, DC 20530-0001
(202) 307-6080
Email: david.saybolt@usdoj.gov

                Respectfully Submitted,

                /**s**/ William B. Moffitt
                WILLIAM B. MOFFITT
                DC Bar No. 166557
                Moffitt & Brodnax, Ltd.
                108 N Alfred Street
                Lower Level, Ste. 100
                Alexandria, VA 22314
                (703) 684-9400
                Fax (703) 684-9401
                Email: wbmoffitt_esq@yahoo.com