IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Crim. No. 1:07-CR-346 |
| | ) | |
| TERRENCE WALTERS, | ) | Hon. John D. Bates |
| | ) | |
| Defendant. | ) | |

**<u>DEFENDANT TERRENCE WALTERS' MOTION TO DISMISS COUNTS SIX AND SEVEN OF THE INDICTMENT FOR FAILURE TO ALLEGE OFFENSES</u>**

NOW COMES Defendant Terrence Walters, by and through undersigned counsel, pursuant to Rule 12(b)(3) of the Federal Rules of Criminal Procedure, respectfully moving this Honorable Court for an order dismissing Counts Six and Seven of the Indictment for failure to allege offenses.  In support of this motion, Defendant Walters states as follows:

Count Six of the Indictment charges Defendant Walters with "unlawfully, knowingly and intentionally posses[ing] with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 5 grams or more" in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(iii).

21 U.S.C. § 841(b)(1)(B)(iii) states that "[i]n the case of a violation of subsection (a) of this section involving... 5 gram or more of a mixture described in clause (ii) which contains cocaine base... such person shall be sentenced to a term of imprisonment which may not be less than 5 years and not more than 40 years...."

Defendant cannot be convicted for violating 21 U.S.C. § 841(b)(1)(B)(iii) for possessing with intent to distribute 5 grams or more of a substance containing a detectable amount of

1

cocaine.  Such an action is not a crime under Section 841(b)(1)(B)(iii).  Under clause (iii) of that section, it is a crime if a person possesses with the intent to distribute "5 grams or more of a mixture or substance..., which contains *cocaine base*," and it is a crime under clause (ii) if a person possess with an intent to distribute "*500 grams or more* of a mixture or substance containing a detectable amount of... cocaine...."  18 U.S.C. § 841(b)(1)(B) (emphasis added).  However, possessing with the intent to distribute 5 grams of a mixture containing a detectable amount of cocaine does not establish a violation under the statutory provision alleged in the indictment.  Therefore, Count Six must be dismissed for failing to allege an offense.

Subsequently, because Count Six must be dismissed, there is no drug trafficking offense in the indictment that is alleged to have occurred on November 19, 2007.  Therefore, Count Seven, which alleges that Defendant "did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, *a drug trafficking offense,... that is Count Six* of this Indictment..., a firearm...," must also be dismissed for failure to allege an offense.  Without a predicate drug trafficking offense, no violation of 18 U.S.C. § 924[c](1) can be alleged.

WHEREFORE Defendant Walters respectfully moves this Honorable Court to dismiss Count Six and Seven of the Indictment for failure to allege offenses.

Respectfully Submitted,

TERRENCE WALTERS
By Counsel

**/s/ William B. Moffitt**
WILLIAM B. MOFFITT
Moffitt & Brodnax, Ltd.
108 North Alfred Street

Suite 100 - Lower Level
Alexandria, Virginia, 22314
Phone: (703) 684-9400
Fax: (703) 684-9401
Email: wbmoffitt_esq@yahoo.com

**CERTIFICATE OF SERVICE**

I, William B. Moffitt, hereby certify that I filed this Motion to Dismiss Counts Six and Seven of the Indictment on the 17th day of March, 2008, with the Clerk for the District Court of the District of Columbia using the ECF filing system, which will electronically serve the following individual:

David P. Saybolt
Assistant United States Attorney
555 Fourth Street, NW
Washington, DC 20530

**/s/ William B. Moffitt**
WILLIAM B. MOFFITT
Moffitt & Brodnax, Ltd.
108 North Alfred Street
Suite 100 - Lower Level
Alexandria, Virginia, 22314
Phone: (703) 684-9400
Fax: (703) 684-9401
Email: wbmoffitt_esq@yahoo.com