UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO.  07-346 (JDB) |
| v.   : | |
| : | |
| TERRENCE S. WALTERS, : | |
| : | |
| Defendant.   : | |

## UNITED STATES' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS COUNTS

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby opposes defendant's motion to dismiss counts on the ground that defendant's motion is now, or will shortly be, mooted by a superseding indictment of the grand jury that specifies in Count Six that defendant possessed with intent to distribute "a mixture and substance containing a detectable amount of cocaine base . . . ." (emphasis added).

WHEREFORE, the government respectfully requests that defendant's motion be denied summarily as moot.

Respectfully submitted,

JEFFERY A. TAYLOR
United States Attorney

 /s/ David P. Saybolt
DAVID P. SAYBOLT
Assistant United States Attorney
Federal Major Crimes Section
VA Bar No 44518
555 4th Street, N.W.  #4840
Washington, DC 20530
(202) 307-6080; Fax: 353-9414
David.Saybolt@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL NO. 07-346 (JDB)** |
| v. | : | |
| | : | |
| **TERRENCE S. WALTERS,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

Upon consideration of the Defendant's Motion to Dismiss Counts Six and Seven of the Indictment for Failure to Allege Offenses, and the United States Opposition thereto, and the record herein, it is this _____ day of _____, 2008, hereby

ORDERED, that defendant's motion be denied as moot.

_____
UNITED STATES DISTRICT JUDGE