UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 15, 2007

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. **07-346 (JDB)** |
| v. | : | GRAND JURY ORIGINAL |
| **TERRENCE S. WALTERS,** | : | VIOLATIONS:  18 U.S.C. §922(g)(1) |
| **Defendant.** | : | (Unlawful Possession of a Firearm and |
| | : | Ammunition by a Person Convicted of a Crime |
| | : | Punishable by Imprisonment for a Term |
| | : | Exceeding One Year); |
| | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(B)(ii) |
| | : | (Unlawful Possession With Intent to Distribute |
| | : | 500 Grams or More of Cocaine); |
| | : | 21 U.S.C. §844(a) |
| | : | (Simple Possession of a Controlled Substance); |
| | : | 18 U.S.C. §924(c)(1) |
| | : | (Using, Carrying and Possessing a Firearm |
| | : | During a Drug Trafficking Offense); |
| | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(B)(iii) |
| | : | (Unlawful Possession With Intent to Distribute |
| | : | 5 Grams or More of Cocaine Base) |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

On or about November 14, 2007, within the District of Columbia, **TERRENCE S. WALTERS**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in Queens, New York, Criminal Case No. 4960-92, did unlawfully and knowingly receive and possess a firearm, that is, Taurus 9mm semi-automatic pistol, and did unlawfully and knowingly receive and possess ammunition, that is, 9mm ammunition, which had been possessed, shipped and

transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT TWO

On or about November 14, 2007, within the District of Columbia, **TERRENCE S. WALTERS**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 500 grams or more.

(**Unlawful Possession With Intent to Distribute of 500 Grams or More of Cocaine**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii))

## COUNT THREE

On or about November 14, 2007, within the District of Columbia, **TERRENCE S. WALTERS**, did unlawfully, knowingly and intentionally possess a mixture and substance containing a detectable amount of cannabis, also known as marijuana, a Schedule I controlled substance.

(**Simple Possession of a Controlled Substance**, in violation of Title 21, United States Code, Section 844(a))

## COUNT FOUR

On or about November 14, 2007, within the District of Columbia, **TERRENCE S. WALTERS**, did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is Count Two of this Indictment which is incorporated herein, a firearm, that is, a Taurus

9mm semi-automatic pistol.

> (**Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense**, in violation of Title 18, United States Code, Sections 924(c)(1))

### COUNT FIVE

On or about November 19, 2007, within the District of Columbia, **TERRENCE S. WALTERS**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in Queens, New York, Criminal Case No. 4960-92, did unlawfully and knowingly receive and possess a firearm, that is, a Wildey .45 caliber handgun and a Lorcin .380 caliber handgun, and did unlawfully and knowingly receive and possess ammunition, that is, .45 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

> (**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

### COUNT SIX

On or about November 19, 2007, within the District of Columbia, **TERRENCE S. WALTERS**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 5 grams or more.

> (**Unlawful Possession With Intent to Distribute of 5 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii))

## COUNT SEVEN

On or about November 19, 2007, within the District of Columbia, **TERRENCE S. WALTERS**, did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is Count Six of this Indictment which is incorporated herein, a firearm, that is, a Wildey .45 caliber handgun and a Lorcin .380 caliber handgun.

> (**Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense**, in violation of Title 18, United States Code, Sections 924(c)(1))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia