IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Crim. No. 1:07-CR-346 |
| | ) | |
| TERRENCE WALTERS, | ) | Hon. John D. Bates |
| | ) | |
| Defendant. | ) | |

**<u>DEFENDANT'S UNOPPOSED MOTION TO CONTINUE MOTIONS HEARING</u>**

COMES NOW, Defendant Terrence Walters, by and through undersigned counsel, respectfully requests that this Court continue the date of the pre-trial motions hearing in this matter. By previous order, the current date for the pre-trial motions hearing date is set for April 15, 2008 at 9 a.m. In support of this request, Defendant states as follows:

1. Subsequent to this Court setting a motions hearing date of April 15, 2008, the Eastern District of The Superior Court of Pennsylvania, a state appellate court, scheduled oral arguments for an appeal in which counsel for Defendant is involved for April 15, 2008. The case is Commonwealth of Pennsylvania v. Ali, Nader, Case No. 2823 EDA 2006.

2. Counsel for Defendant has contacted counsel for the government, Assistant United States Attorney David Saybolt, who does not oppose this motion. Defendant respectfully suggests Friday, April 25, 2008 or Monday, April 28, 2008 as dates available to both the Defendant and the government.

Therefore, Defendant Walters Respectfully requests that this Court continue the date of the pre-trial motions hearing to either April 25, 2008 or April 28, 2008.

Respectfully Submitted,

TERRENCE WALTERS
By Counsel


**/s/ William B. Moffitt**
WILLIAM B. MOFFITT
DC Bar No. 166557
Moffitt & Brodnax, Ltd.
108 North Alfred Street
Suite 100 - Lower Level
Alexandria, Virginia, 22314
Phone: (703) 684-9400
Fax: (703) 684-9401
Email: wbmoffitt_esq@yahoo.com

**CERTIFICATE OF SERVICE**

    I, William B. Moffitt, hereby certify that I filed Defendant's Unopposed Motion to Continue Motions Hearing on the 1st day of April, 2008, with the Clerk for the District Court of the District of Columbia using the ECF filing system, which will electronically serve the following individual:

David P. Saybolt
Assistant United States Attorney
555 Fourth Street, NW
Washington, DC 20530

                                                    **/s/ William B. Moffitt**
                                                  WILLIAM B. MOFFITT
                                                  DC Bar No. 166557
                                                  Moffitt & Brodnax, Ltd.
                                                  108 North Alfred Street
                                                  Suite 100 - Lower Level
                                                  Alexandria, Virginia, 22314
                                                  Phone: (703) 684-9400
                                                  Fax: (703) 684-9401
                                                  Email: wbmoffitt_esq@yahoo.com