UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 07-346 (JDB) |
| | : | |
| v. | : | |
| | : | |
| TERRANCE WALTERS | : | |
| | : | |
| Defendant. | | |

## NOTICE OF ASSIGNMENT AND APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above captioned matter is assigned to Assistant United States Attorney Eric Gallun, Bar Number 462025, telephone number (202) 514-6997 and this is notice of his appearance in this matter on behalf of the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney


_____/s/_____
ERIC GALLUN
ASSISTANT UNITED STATES ATTORNEY
Bar No. 462025
555 4th Street, N.W
Washington, DC 20530
frederic.gallun@usdoj.gov
(202) 514-6997


CERTIFICATE OF SERVICE

I hereby certify that a copy of the forgeoing Notice of Assignment and Appearance has been served by mail, upon counsel for the defendant, Brian K. McDaniel, 1211 Connecticuit Avenue NW, Suite 506, Washington, DC 20036, this 12th day of May 2008.

_____/s/_____
ASSISTANT UNITED STATES ATTORNEY