UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO. 07-346 (JDB) |
| v. : | **FILED** |
| : | AUG 14 2008 |
| TERRENCE S. WALTERS, : | NANCY MAYER WHITTINGTON, CLERK |
| : | Disposition date: July 17, 2008  U.S. DISTRICT COURT |
| Defendant. : | |

ELEMENTS OF THE OFFENSE TO WHICH DEFENDANT IS PLEADING GUILTY
-----

The essential elements of the offense of **Unlawful Possession with Intent to Distribute 5 Grams or More of Cocaine Base** pursuant to Title 21 U.S.C. § 841(a)(1) and 841(b)(1)(B)(iii) are:

1. That the defendant possessed a controlled substance.

2. That the defendant did so knowingly and intentionally. This means consciously, voluntarily, and on purpose, not mistakenly, accidentally or inadvertently.

3. That when the defendant possessed the controlled substance, he had the specific intent to distribute it. "Distribute" means to transfer or attempt to transfer to another person. The Government need not prove that the defendant received or expected to receive anything of value in return.

4. The law makes cocaine a controlled substance. To establish the first element of the offense, the Government must prove beyond a reasonable doubt that the defendant intended to distribute 5 grams or more of cocaine base, the smokeable form of cocaine known as crack cocaine.

*See* District of Columbia Criminal Jury Instruction 4.29 (1993) ("Red Book").

The essential elements of the offense of **Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year** pursuant to Title 18, U.S.C. § 922(g) are:

1. That the defendant possessed a firearm, that is , a handgun;

2. That the defendant did so knowingly;

3. That the firearm had been shipped or transported from one state to another (the District of Columbia is considered a state for this purpose); and

4. That, at the time the defendant possessed the firearm, the defendant had been convicted of a crime punishable by imprisonment for a term exceeding one year.

*See* District of Columbia Criminal Jury Instruction 4.79 (1993 ("Red Book").

**Defendant's acceptance**
I agree the elements of the offense I am pleading guilty to are described above.

_____        8·14-08
Terrence S. Walters                              Date
Defendant

**Defense Attorney's Acknowledgment**
I have reviewed and discussed this document with my client, Terrence Walters.

_____        8/14/08
William Moffitt, Esq.                  Date
Attorney for Terrence Walters

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 07-346 (JDB)** |
| v. | : | |
| | : | **Disposition date: July 17, 2008** |
| **TERRENCE S. WALTERS,** | : | |
| **Defendant.** | : | |

## MAXIMUM PENALTY

Pursuant to Title 21, United States Code, Sections 841(a)(1) and 841 (b)(1)(B)(iii), the penalty for the crime of Unlawful Possession With Intent to Distribute 5 Grams or More of Cocaine Base is imprisonment for not less than five (5) years, and not more than 40 years, and a fine not exceeding $2,000,000. The charge also carries a term of supervised release of at least four (4) years.

Pursuant to Title 18, United States Code, Section 922(g)(1), the penalty for the crime of Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year is a term of imprisonment of not more than ten (10) years.

The defendant agrees to pay a special assessment of $100 to the Clerk's Office for the United States District Court prior to the date of sentencing for each felony conviction, for a total of $200.

**Defendant's acceptance**

I understand the maximum possible punishment for the crimes I am pleading guilty to.

_Terrence S. Walters_         8-14-08
Terrence S. Walters           Date
Defendant

**Defense Attorney's Acknowledgment**

I have reviewed and discussed this document with my client, Terrence S. Walters.

_[signature]_                 8-14-08
William Moffitt, Esq.         Date
Attorney for Terrence S. Walters

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | CRIMINAL NO. 07-346 (JDB)) |
|---|---|---|
| v. | : | |
| TERRENCE S. WALTERS, | : | Disposition date: July 17, 2008 |
| Defendant. | : | |

## PRELIMINARY SENTENCING GUIDELINES CALCULATIONS

Base offense level (at least 20 Grams but < 35 G of cocaine base;

at least 400 grams but less than 500 grams of cocaine hydrochloride):    ~~28~~ 26

Possession of a dangerous weapon (2D1.1(b)(1)):    +2

Adjustment for acceptance of responsibility:    -3

~~27~~ 25

The parties do not know what the defendant's criminal history score will be calculated to be.

**Defendant's acceptance**
I agree with the Preliminary Sentencing Guideline calculations expressed above.

_Terrence S. Walters_ [signature]     8-14-08
Terrence S. Walters                    Date
Defendant

**Defense Attorney's Acknowledgment**
I have reviewed this document with my client, Terrence S. Walters.

[signature]                            8-14-08
William Moffitt, Esq.                  Date
Attorney for Terrence S. Walters